**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                                  Case #17-17771-AJC
**Debtor:** Zulia Milian                                                Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on and the following parties were present:

1. [ x ] The Debtor: Zulia Milian
2. [ x ] The Debtor's Attorney: Diego Mendez
3. [ x ] The Lender's Representative: Select Portfolio Servicing
4. [ x ] The Lender's Attorney: Scott R. Weiss

**B.** The final MMM conference was scheduled for but not conducted for the following reason:

1. [    ] The parties settled prior to attending
2. [    ] The case was dismissed
3. [    ] The debtor failed to attend
4. [    ] The debtor's attorney failed to attend
5. [    ] The lender failed to attend
6. [    ] The lender's attorney failed to attend
7. [    ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [    ] The parties did not reach an agreement

Dated: 01.25.18                              Signature of Mediator: _____ //s// Pelayo Duran
                                             Printed Name: Pelayo Duran
                                             Address: 4640 Northwest 7th Street Miami, FL 33126
Copies To:                                   Phone: (305) 266-9780
[All Parties to Mediation]                   Email: NegotiatedResolutions@gmail.com