

**ORDERED in the Southern District of Florida on July 11, 2018.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

**Lawrence R. Milian and**                      **Case No. 17-17771-AJC**
**Zulia C. Milian**                                        **Chapter 13**

_____Debtor(s)_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH (LENDER)**

This matter came before the Court:

☒     On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing ("Lender").

☐     For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and <u>Select Portfolio Servicing</u> ("Lender") regarding real property located at <u>7601 NW 166 Terr, Miami, FL 33015</u> (street address) is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before July 21, 2018 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Diego Mendez, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).