UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
**LAWRENCE RUBEN MILIAN**                             Case No.: 17-17771-AJC
**ZULIA CRUZ MILIAN**                                 Chapter 13

    Debtor,
_____/

**DEBTORS' AMENDED MOTION TO MODIFY CONFIRMED
PLAN**

The Debtor(s) files this Motion to Modify his confirmed plan.

1. **HISTORY OF CASE.** This case was filed on June 21, 2017. The 6AP/LMM was confirmed on February 20, 2018. The plan has been modified before.

2. **Debtors seek a modification of plan due to following reason:** Debtors wish to remove their property from the plan and need more time to pay their plan due to change in their income during the pandemic. Pursuant to 11 U.S.C. § 1329 (d)(1), as amended by the Coronavirus Aid, Relief, and Economic Security Act Of 2020, the debtors certify that they have suffered a material financial hardship of a reduction of income and increase in health/family expenses due to a change in financial situation relating to COVID-19.

3. **PLAN PAYMENTS UNDER CONFIRMED PLAN.** The current plan as modified through this date) requires payments as follows:

    $2330.37   for months **1** to 33;
    $2950.78   for months 34 to 45;
    $2822.67   for months 46 to 83;
    $2825.42   for months 84 to 84;

4. **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor has made payments to the Chapter 13 trustee totaling $82979.80 (Exhibit 1 , Trustee's Modification Ledger)

5. **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** The proposed modified plan requires future payments as follows:

    $1929.76   for months  **1** to 43;
    $250.00    for months  44 to 60;
    $190.00    for months  61 to 83;
    $186.59    for months  84 to 84;

**6.** **CURRENT DEFAULTS.** See attached ledger (Exhibit). Debtors are up to date on payments. Attorney is holding payment for 12th modified plan.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above:

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Debtors
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1.305.809.8474
Email: info@mendezlawoffices.com


By: _/s_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748